[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 8, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-13705
Non-Argument Calendar

_____

D. C. Docket No. 07-00001-CR-001-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENNETH BRUCE DUPREE, JR.,
a.k.a. Kuttbugg,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(February 8, 2008)**

Before TJOFLAT, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Gerald B. Williams, appointed counsel for Kenneth Bruce Dupree, Jr. on this

direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.E.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dupree's conviction and sentence are **AFFIRMED**.